IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-77-WYD-PAC

JENNIFER GIFFORD,

    Plaintiff,

v.

FARMERS INSURANCE EXCHANGE, et al.,

    Defendants.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion to File Late Plaintiff's Response to Defendants' Motion in Limine Regarding Plaintiff's Alleged Damages (#110), filed December 12, 2005, is GRANTED.  Accordingly, Plaintiff's Response, which was also filed December 12, 2005, will be accepted by the Court.  Defendants' time to reply to this Response shall run from today's date.

    Dated:  December 12, 2005

                                            s/ M. Brooke McKinley
                                            Law Clerk to
                                            Wiley Y. Daniel
                                            U. S. District Judge