IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-00077-WYD-PAC

JENNIFER GIFFORD,

    Plaintiff(s),

v.

FARMERS INSURANCE EXCHANGE, et al.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Unopposed Motion for Defendants' Representative to Participate in Settlement Conference by Telephone [filed January 3, 2006; Doc. No. 124] is **GRANTED.**

    Richard Marquez, representative for defendants, is permitted to participate in the conference by telephone.  Counsel for defendant shall have the telephone number for Mr. Marquez with him at the Settlement Conference on **January 9, 2006 at 8:00 a.m.**

Dated:  January 5, 2006