IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-00077-WYD-PAC

JENNIFER GIFFORD,

    Plaintiff(s),

v.

FARMERS INSURANCE EXCHANGE, et al.,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
March 15, 2006

    Due to plaintiff's opposition,  IT IS HEREBY

    **ORDERED** that defendant's Motion for Defendants' Representative to Participate in Hearing by Telephone, Doc # 146, is DENIED.