IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-77-WYD-PAC

JENNIFER GIFFORD,

    Plaintiff,

v.

FARMERS INSURANCE EXCHANGE, et al.,

    Defendants.

_____

**ORDER**
_____

    THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice (# 150), filed March 22, 2006.  Being fully advised in the premises, the Court hereby

    ORDERS that this action is **DISMISSED WITH PREJUDICE**, each party to bear her or its own costs and attorneys' fees.

    Dated:  March 23, 2006

                                             BY THE COURT:

                                             s/ Wiley Y. Daniel
                                             Wiley Y. Daniel
                                             U. S. District Judge